UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-2053

THE TOWNSHIP OF LYNDHURST, NEW JERSEY
on behalf of itself and all similarly situated taxing
authorities within the State of New Jersey,
Appellant
v.

PRICELINE.COM INC.; LOWESTFARE.COM; TRAVEL WEB LLC;
TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, L.P.; SITE59.COM,
LLC; EXPEDIA, INC.; HOTELS.COM, L.P.; HOTWIRE INC.;
TRAVELNOW.COM, INC.; ORBITZ WORLDWIDE, INC.;
TRAVELPORT AMERICAS, LLC; TRIP NETWORK, INC., doing
business as CHEAP TICKETS, INC.; ORBITZ, LLC

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-08-cv-03033)
District Judge: Honorable Jose L. Linares

Before: AMBRO, CHAGARES, and GREENAWAY, JR., Circuit Judges

_____ O R D E R _____

The Court, on its own motion, recalls the mandate. The Court's opinion, filed

August 2, 2011, is hereby vacated and panel rehearing is granted. An amended

precedential opinion, containing clarifying and typographical changes, will be issued

forthwith. Upon filing of the Court's opinion, the mandate will be issued.


By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated: September 14, 2011
tmm/cc: John M. Angnello, Esq.
James E. Cecchi, Esq.

Lindsey H. Taylor, Esq.
William P. Deni, Jr., Esq.
Michael R. Griffinger, Esq.
Randolph K. Herndon, Esq.
Karen L. Valihura, Esq.
Brian S. Stagner, Esq.
Scott R. Wiehle, Esq.
Jeffrey A. Rossman, Esq.
Michael W. Weaver, Esq.
Melissa Fulton, Esq.
Lazar P. Raynal Esq.